# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JAMES KARNATH,

                                                               JUDGMENT IN A CIVIL CASE

v.

vs.
CHRISTINE GREGOIRE, ELDON              CASE NUMBER: CV-10-5098-LRS
VAIL, RICHARD MORGAN, and
ROB MCKENNA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff's claim of illegal detention is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

February 1, 2011                                        JAMES R. LARSEN
*Date*                                                     *Clerk*
                                                           s/ Virginia Reisenauer
                                                           *(By) Deputy Clerk*
                                                           Virginia Reisenauer